UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLY MOORE PAINT COMPANY, INC.,

               Plaintiff,

     v.

NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA,

           Defendant.

Case No.  14-cv-01797-MEJ

**ORDER RE: CHAMBERS COPIES**

Re: Dkt. Nos. 26-28

Pending before the Court Defendant's Motion for Leave to File First Amended Answer and Counterclaim.  Dkt. Nos. 26-28.  No chambers copies have been submitted in compliance with Civil Local Rule 5-1 and the Court's Standing Orders.  *See* Civil Local Rule 5-1; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James.  Defendant shall immediately submit a chambers copy of the above-referenced documents.  ALL CHAMBERS COPIES MUST INCLUDE: (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.

     **IT IS SO ORDERED.**

Dated: September 10, 2014

_____

MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California