SARA M. THORPE (SBN: 146529)
sthorpe@nicolaidesllp.com
GARY A. BARRERA (SBN: 244073)
gbarrera@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
505 Montgomery Street, Suite 600
San Francisco, CA 94111
Telephone:   (415) 745-3770
Facsimile:    (415) 745-3771

Attorneys for Defendant/Counterclaimant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

PHILIP L. PILLSBURY, JR. (SBN: 72261)
ppillsbury@pillsburycoleman.com
INGRID S. LEVERETT (SBN: 148813)
ileverett@pillsburycoleman.com
PILLSBURY & COLEMAN, LLP
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone:   (415) 433-8000
Facsimile:    (415)433-4816

Monika Pleyer Lee (SBN: 117019)
monikalee@leelawllp.com
LEE LAW OFFICES
1700 South El Camino Real, Suite 450
San Mateo, California 94402
Telephone:   (650) 212-3400 T

Attorneys for Plaintiff/Counter-Defendant
KELLY-MOORE PAINT COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| KELLY-MOORE PAINT COMPANY, INC., | Case No. 3:14-CV-01797-MEJ |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | |
| Defendant. | |

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
1

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

        Counterclaimant,

v.

KELLY-MOORE PAINT COMPANY, INC.,

        Counter-defendant.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-defendant KELLY-MOORE PAINT COMPANY, INC. ("Kelly-Moore") and Defendant and Counterclaimant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union") hereby stipulate and agree as follows:

WHEREAS, on March 20, 2014, Kelly-Moore filed a Complaint in the Superior Court in the State of California for the County of San Mateo, titled *Kelly-Moore Paint Company, Inc. v. National Union Fire Insurance Company of Pittsburgh, PA, et al.*, Case No. CIV-527420 (the "Action");

WHEREAS, the Action was moved to this Court pursuant to a Notice of Removal of Civil Action filed by National Union on April 18, 2014;

WHEREAS, on November 10, 2014, National Union filed a Revised Counterclaim;

WHEREAS, Kelly-Moore and National Union settled this Action on February 20, 2015;

WHEREAS, a Notice of Settlement was filed on February 23, 2015;

**NOW, THEREFORE,** Kelly-Moore and National Union jointly request and stipulate to the entry of an Order providing that:

1. All claims asserted by Kelly-Moore against National Union and all counterclaims asserted by National Union against Kelly-Moore are dismissed with prejudice; and

2. Each of the parties shall bear its own costs, expenses, and attorneys' fees associated with the prosecution and defense of this Action.

IT IS SO STIPULATED

Dated: May 8, 2015                    PILLSBURY & COLEMAN, LLP


By: /s/ Philip L. Pillsbury, Jr.
   Philip L. Pillsbury, Jr.
   Ingrid S. Leverett
   Attorneys for Plaintiff and Counter-defendant
   KELLY-MOORE PAINT COMPANY, INC.


Dated: May 8, 2015                    LEE LAW OFFICES


By: /s/ Monika Pleyer Lee
   Monika Pleyer Lee
   Attorneys for Plaintiff and Counter-defendant
   KELLY-MOORE PAINT COMPANY, INC


Dated: May 8, 2015                    NICOLAIDES FINK THORPE
                                      MICHAELIDES SULLIVAN LLP


By: /s/ Sara M. Thorpe
   Sara M. Thorpe
   Gary A. Barrera
   Attorneys for Defendant and Counterclaimant
   NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA


IT IS SO ORDERED

Dated: May 8, 2015                    _____
                                      Hon. Maria-Elena James
                                      Magistrate Judge of the Northern District of California